OCTOBER 19, 1992

No. 91-1633. HATCHER, WARDEN, ET AL. *v.* DEUTSCHER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sawyer* v. *Whitley*, 505 U. S. 333 (1992).

No. ———. MORELAND ET UX. *v.* VELSICOL CHEMICAL CORP. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. ———. BARNARD *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. D-1135. IN RE DISBARMENT OF PIKEN. Disbarment entered. [For earlier order herein, see 504 U. S. 970.]

No. D-1138. IN RE DISBARMENT OF JACOBO. Disbarment entered. [For earlier order herein, see 504 U. S. 981.]

No. D-1139. IN RE DISBARMENT OF FINE. Disbarment entered. [For earlier order herein, see 504 U. S. 981.]

No. D-1141. IN RE DISBARMENT OF ELLIS. Disbarment entered. [For earlier order herein, see 505 U. S. 1202.]

No. D-1144. IN RE DISBARMENT OF DRISCOLL. Disbarment entered. [For earlier order herein, see 505 U. S. 1237.]

No. D-1145. IN RE DISBARMENT OF VAN RYE. Disbarment entered. [For earlier order herein, see 505 U. S. 1237.]